UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-70094-RBK |
| | § | |
| ABBOTT SUPPLY CO. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ronald E. Ingalls, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $37,500.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $471,333.98 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $73,563.11 | | |

3) Total gross receipts of $544,897.09 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $544,897.09 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $355,892.00 | $426,383.81 | $407,494.01 | $407,494.01 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $73,563.11 | $73,563.11 | $73,563.11 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $669,445.06 | $821,041.21 | $821,041.21 | $63,839.97 |
| **Total Disbursements** | $1,025,337.06 | $1,320,988.13 | $1,302,098.33 | $544,897.09 |

4). This case was originally filed under chapter 7 on 06/07/2016. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/02/2018            By:   /s/ Ronald E. Ingalls
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 12908 E Hwy 80 Odessa TX 79765 | 1110-000 | $520,000.00 |
| 2012 Ford Expedition | 1129-000 | $17,675.47 |
| Bank accounts | 1129-000 | $3,673.61 |
| ATT Refund | 1229-000 | $386.55 |
| Insurance refund | 1229-000 | $2,966.29 |
| Accounts receivable | 1241-000 | $195.17 |
| **TOTAL GROSS RECEIPTS** | | **$544,897.09** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ector CAD | 4700-000 | $0.00 | $15,053.58 | $0.00 | $0.00 |
| 2 | Ford Motor Credit Company LLC | 4110-000 | $3,892.00 | $3,946.42 | $0.00 | $0.00 |
| 5Sec | Richard E. Abbott | 4110-000 | $0.00 | $73,325.94 | $73,325.94 | $73,325.94 |
| 7 | Midland County | 4800-000 | $0.00 | $309.55 | $419.75 | $419.75 |
| | Payoff 1st mtg - Southwest Bank | 4110-000 | $0.00 | $333,748.32 | $333,748.32 | $333,748.32 |
| | Southwest Bank | 4110-000 | $352,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$355,892.00** | **$426,383.81** | **$407,494.01** | **$407,494.01** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ronald E. Ingalls, Trustee | 2100-000 | NA | $30,494.85 | $30,494.85 | $30,494.85 |
| Ronald E. Ingalls, Trustee | 2200-000 | NA | $867.27 | $867.27 | $867.27 |
| International Sureties Ltd | 2300-000 | NA | $18.32 | $18.32 | $18.32 |
| Stewart Title closing costs | 2500-000 | NA | $4,408.00 | $4,408.00 | $4,408.00 |
| Integrity Bank | 2600-000 | NA | $1,321.60 | $1,321.60 | $1,321.60 |

| | | | | | |
|---|---|---|---|---|---|
| US Bankruptcy Clerk - Midland | 2700-000 | NA | $176.00 | $176.00 | $176.00 |
| County Taxes | 2820-000 | NA | $3,991.79 | $3,991.79 | $3,991.79 |
| Accountant for Trustee | 3410-000 | NA | $1,035.00 | $1,035.00 | $1,035.00 |
| Accountant for Trustee | 3420-000 | NA | $50.28 | $50.28 | $50.28 |
| Commissions - $15,600.00 Area Properties; $15,600.00 Cen 21 The Edge Midland, Realtor for Trustee | 3510-000 | NA | $31,200.00 | $31,200.00 | $31,200.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $73,563.11 | $73,563.11 | $73,563.11 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | UnitedHealthcare | 7100-000 | $0.00 | $3,899.57 | $3,899.57 | $303.20 |
| 4 | Uline Shipping Supplies | 7100-000 | $320.00 | $320.00 | $320.00 | $24.88 |
| 5Unsec | Richard E. Abbott | 7100-000 | $0.00 | $517,083.01 | $517,083.01 | $40,205.73 |
| 6 | Freeman Asset Management & Holding, Inc. | 7100-000 | $204.83 | $204.83 | $204.83 | $15.93 |
| 8 | Airgas USA, LLC | 7100-000 | $0.00 | $1,724.64 | $1,724.64 | $134.10 |
| 9 | Airgas USA, LLC | 7100-000 | $108.96 | $313.10 | $313.10 | $24.35 |
| 10 | American Classified | 7100-000 | $433.52 | $433.52 | $433.52 | $33.71 |
| 11 | Metal Sales & Mfg. | 7100-000 | $238,082.75 | $241,685.67 | $241,685.67 | $18,792.24 |
| 12 | EnergiPersonnel | 7100-000 | $18,173.46 | $18,173.46 | $18,173.46 | $1,413.08 |
| 13 | Fastenal Company | 7100-000 | $524.88 | $540.13 | $540.13 | $42.00 |
| 14 | Mueller Metals, LLC | 7100-000 | $34,873.00 | $36,534.20 | $36,534.20 | $2,840.71 |
| 15 | Service Office Supplies Inc. | 7100-000 | $0.00 | $129.08 | $129.08 | $0.00 |
| | Clerk, US Bankruptcy Court | 7100-001 | $0.00 | $0.00 | $0.00 | $10.04 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| (Claim No. 15; Service Office Supplies Inc.) | | | | | |
| Allbright & Assoc. Inc | 7100-000 | $335.02 | $0.00 | $0.00 | $0.00 |
| Alon Gas Card | 7100-000 | $1,074.00 | $0.00 | $0.00 | $0.00 |
| Aprotex corporation | 7100-000 | $43.30 | $0.00 | $0.00 | $0.00 |
| Binford Supply | 7100-000 | $31,096.50 | $0.00 | $0.00 | $0.00 |
| Chase | 7100-000 | $22,757.00 | $0.00 | $0.00 | $0.00 |
| Chevron | 7100-000 | $1,141.03 | $0.00 | $0.00 | $0.00 |
| CNA | 7100-000 | $2,833.30 | $0.00 | $0.00 | $0.00 |
| Culligan Water of W TX Inc | 7100-000 | $110.48 | $0.00 | $0.00 | $0.00 |
| Dearborn National life Ins | 7100-000 | $108.00 | $0.00 | $0.00 | $0.00 |
| Dominion Building Products | 7100-000 | $3,393.20 | $0.00 | $0.00 | $0.00 |
| Dynamic Fastener | 7100-000 | $109.30 | $0.00 | $0.00 | $0.00 |
| Fed-Ex | 7100-000 | $85.18 | $0.00 | $0.00 | $0.00 |
| GCR Tires | 7100-000 | $82.96 | $0.00 | $0.00 | $0.00 |
| Johnson, Trent, West &Taylor, LLC | 7100-000 | $241,685.00 | $0.00 | $0.00 | $0.00 |
| Karen hood Tax Assesor | 7100-000 | $74.50 | $0.00 | $0.00 | $0.00 |
| King Architectural Metals | 7100-000 | $2,332.61 | $0.00 | $0.00 | $0.00 |
| Medical Solutions | 7100-000 | $74.00 | $0.00 | $0.00 | $0.00 |
| NACM Southwest | 7100-000 | $311.77 | $0.00 | $0.00 | $0.00 |
| Neofund by Neopost | 7100-000 | $577.99 | $0.00 | $0.00 | $0.00 |
| Procommunications | 7100-000 | $162.38 | $0.00 | $0.00 | $0.00 |
| Quatro Products Corp. | 7100-000 | $665.35 | $0.00 | $0.00 | $0.00 |
| Republic services INC. | 7100-000 | $388.67 | $0.00 | $0.00 | $0.00 |
| Richard Abbott | 7100-000 | $5,653.86 | $0.00 | $0.00 | $0.00 |
| Sealtite Building Fasteners | 7100-000 | $3,691.93 | $0.00 | $0.00 | $0.00 |
| Selle Supply Company | 7100-000 | $2,199.29 | $0.00 | $0.00 | $0.00 |
| Service Office Supply | 7100-000 | $125.83 | $0.00 | $0.00 | $0.00 |
| SFS Intec Inc | 7100-000 | $11,730.82 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Shamrock Steel Sales, Inc. | 7100-000 | $16,929.45 | $0.00 | $0.00 | $0.00 |
| Total Office Solution | 7100-000 | $415.18 | $0.00 | $0.00 | $0.00 |
| UNIFIRST CORP/ODESSA | 7100-000 | $2,549.69 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Credit Card | 7100-000 | $19,630.00 | $0.00 | $0.00 | $0.00 |
| WEX Bank | 7100-000 | $1,074.07 | $0.00 | $0.00 | $0.00 |
| YP Advertisement | 7100-000 | $3,282.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $669,445.06 | $821,041.21 | $821,041.21 | $63,839.97 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1** — Page No.: 1 — Exhibit 8
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 16-70094-TMD | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|
| Case Name: | ABBOTT SUPPLY CO. | Date Filed (f) or Converted (c): | 06/07/2016 (f) |
| For the Period Ending: | 2/2/2018 | §341(a) Meeting Date: | 07/25/2016 |
| | | Claims Bar Date: | 11/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Bank accounts | $11,800.00 | $3,673.61 | | $3,673.61 | FA |
| 2 | Tools & equip | $18,200.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | included in sale | | | | | |
| 3 | Office equip | $300.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | included in sale | | | | | |
| 4 | Trailer | $4,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | included in sale | | | | | |
| 5 | Komatsu FG 30 Forklift | $15,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | included in sale | | | | | |
| 6 | 2012 Ford Expedition | $3,892.00 | $17,675.47 | | $17,675.47 | FA |
| 7 | 12908 E Hwy 80 Odessa TX 79765 | $275,460.00 | $112,925.74 | | $520,000.00 | FA |
| Asset Notes: | 2.546, BLK 013, LOTS 001 & 2, ADDN HIGHWAY INDUSTRIAL | | | | | |
| 8 | Insurance refund (u) | $0.00 | $2,966.29 | | $2,966.29 | FA |
| 9 | Accounts receivable (u) | $0.00 | $195.17 | | $195.17 | FA |
| 10 | ATT Refund (u) | $0.00 | $386.55 | | $386.55 | FA |

**TOTALS (Excluding unknown value)** — **Gross Value of Remaining Assets**
$328,652.00 — $137,822.83 — $544,897.09 — $0.00

---

**Major Activities affecting case closing:**

| 12/28/2017 | prep stop pmt ck 1020 and reissued to court |
| 11/08/2017 | smk- email reply from UHC they rec'd ck and are processing |
| 11/07/2017 | smk - emailed add on clm 3 for info on o/s ck 1009 |
| 09/26/2017 | ODR pay TFR |
| 08/30/2017 | TFR FILED AT COURT |
| 07/07/2017 | TFR to REI for reveiew |
| 07/07/2017 | TFR TO UST |
| 07/06/2017 | estate tax rtns mailed to IRS |
| 06/30/2017 | IRS 505b resp rec'd 2016 & 2017 SY rtns are accepted |

**FORM 1**  
Page No: 2  Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 16-70094-TMD | | Trustee Name: | Ronald E. Ingalls |
| Case Name: | ABBOTT SUPPLY CO. | | Date Filed (f) or Converted (c): | 06/07/2016 (f) |
| For the Period Ending: | 2/2/2018 | | §341(a) Meeting Date: | 07/25/2016 |
| | | | Claims Bar Date: | 11/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | |
|---|---|
| 06/21/2017 | Odr pay Mosley |
| 05/30/2017 | tax returns mailed to IRS |
| 05/24/2017 | Mosley fee app |
| 04/10/2017 | Ntc w/d clm 1 Ector |
| 10/05/2016 | TTE report of sale |
| 09/27/2016 | Odr TTE mtn to amend ODR MTS 12908 W Hwy 90 |
| 09/26/2016 | TTE mtn to amend ODR MTS 12908 W Hwy 90 |
| 09/14/2016 | Odr Hire CPA |
| 09/02/2016 | Odr MTs Hwy 290 E |
| 08/22/2016 | Hrg MTS set for 08/30 1:45pm |
| 08/18/2016 | Mtns hire Mosley & sell |
| 08/12/2016 | Clms 3 Ford secured on a vehicle |

Initial Projected Date Of Final Report (TFR): 12/31/2017    Current Projected Date Of Final Report (TFR): 12/31/2017

/s/ RONALD E. INGALLS
RONALD E. INGALLS

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-70094-TMD | | | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|---|---|
| Case Name: | ABBOTT SUPPLY CO. | | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***9873 | | | Checking Acct #: | ******0094 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 6/7/2016 | | | Blanket bond (per case limit): | $62,600,000.00 |
| For Period Ending: | 2/2/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/10/2016 | (1) | Anderson Construction | ck 5516 d 7/15/16 a/r | 1129-000 | $350.00 | | $350.00 |
| 08/10/2016 | (1) | Abbott Supply Co | cc 102077, d 7/26/16' Close out of SW Bank account | 1129-000 | $3,323.61 | | $3,673.61 |
| 08/23/2016 | 1001 | US Bankruptcy Clerk - Midland | filing fee, mtn to sell free and clear, dkt#13 | 2700-000 | | $176.00 | $3,497.61 |
| 08/31/2016 | (8) | CNA Worldwide Operations | ck 1445306 d 8/19/16 policy cancellation refund | 1229-000 | $2,966.29 | | $6,463.90 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.30 | $6,460.60 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.32 | $6,451.28 |
| 10/05/2016 | | Stewart Title | Sale of real estate and all personalty at site; per order dkt#27 9/27/16 | * | $73,325.95 | | $79,777.23 |
| | {7} | | $520,000.00 | 1110-000 | | | $79,777.23 |
| | | | Payoff 1st mtg - Southwest Bank  $(333,748.32) | 4110-000 | | | $79,777.23 |
| | | | Pay off 2nd mtg - Richard Abbott  $(73,325.94) | 4110-000 | | | $79,777.23 |
| | | | Commissions - $15,600.00 Area Properties; $15,600.00 Cen 21 The Edge Midland  $(31,200.00) | 3510-000 | | | $79,777.23 |
| | | | Stewart Title closing costs  $(4,408.00) | 2500-000 | | | $79,777.23 |
| | | | County Taxes  $(3,991.79) | 2820-000 | | | $79,777.23 |
| 10/17/2016 | (9) | Tommy Hawkins Construction Inc | ck 23726 d 9/1/16 a/r | 1241-000 | $188.42 | | $79,965.65 |
| 10/17/2016 | (9) | Overhead Door Company | ck 36289 d 9/29/16 a/r | 1241-000 | $6.75 | | $79,972.40 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $117.37 | $79,855.03 |
| 11/08/2016 | (6) | Ford Motor Credit Co | ck 39062175 d 11/3/16 surplus proceeds from vehicles | 1129-000 | $17,675.47 | | $97,530.50 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $143.96 | $97,386.54 |
| 12/02/2016 | 1002 | Midland County | Taxpayer ID: 32590; Claim 7; personal property included with sale of real property | 4110-000 | | $279.42 | $97,107.12 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $157.08 | $96,950.04 |
| 01/02/2017 | 1002 | VOID: Midland County | VOID - - Taxpayer ID: 32590; Claim 7; personal property included with sale of real property | 4110-003 | | ($279.42) | $97,229.46 |
| 01/09/2017 | (10) | AT&T | ck 6761355887 d 10/4/16 refund | 1229-000 | $386.55 | | $97,616.01 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $157.27 | $97,458.74 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $141.98 | $97,316.76 |

SUBTOTALS  $98,223.04  $906.28

**FORM 2**

Page No: 2    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-70094-TMD | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|
| Case Name: | ABBOTT SUPPLY CO. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***9873 | Checking Acct #: | ******0094 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/7/2016 | Blanket bond (per case limit): | $62,600,000.00 |
| For Period Ending: | 2/2/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/03/2017 | 1003 | International Sureties Ltd | Bond Payment | 2300-000 | | $18.32 | $97,298.44 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $156.94 | $97,141.50 |
| 04/10/2017 | 1004 | Midland County | 2016 Midland County taxes; P019022, P000138 | 4800-000 | | $340.51 | $96,800.99 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $151.62 | $96,649.37 |
| 05/23/2017 | 1004 | VOID: Midland County | VOID: 2016 Midland County taxes; P019022, P000138 | 4800-003 | | ($340.51) | $96,989.88 |
| 05/23/2017 | 1005 | Midland County | 2016 Midland County taxes; P19022, P000138 | 4800-000 | | $419.75 | $96,570.13 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $144.08 | $96,426.05 |
| 06/22/2017 | 1006 | John Mosley | Accountant fees, expenses per order #34, 6/21/17 | * | | $1,085.28 | $95,340.77 |
| | | | | $(1,035.00) | 3410-000 | | $95,340.77 |
| | | | | $(50.28) | 3420-000 | | $95,340.77 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $138.68 | $95,202.09 |
| 09/27/2017 | 1007 | Ronald E. Ingalls | Trustee Compensation | 2100-000 | | $30,494.85 | $64,707.24 |
| 09/27/2017 | 1008 | Ronald E. Ingalls | Trustee Expenses | 2200-000 | | $867.27 | $63,839.97 |
| 09/27/2017 | 1009 | UnitedHealthcare | Account Number: 3672; Amount Allowed: 3,899.57; Claim #: 3; | 7100-000 | | $303.20 | $63,536.77 |
| 09/27/2017 | 1010 | Uline Shipping Supplies | Account Number: 5606; Amount Allowed: 320.00; Claim #: 4; | 7100-000 | | $24.88 | $63,511.89 |
| 09/27/2017 | 1011 | Richard E. Abbott | Account Number: ; Amount Allowed: 517,083.01; Claim #: 5; | 7100-000 | | $40,205.73 | $23,306.16 |
| 09/27/2017 | 1012 | Freeman Asset Management & Holding, Inc. | Account Number: 0312; Amount Allowed: 204.83; Claim #: 6; | 7100-000 | | $15.93 | $23,290.23 |
| 09/27/2017 | 1013 | Airgas USA, LLC | Account Number: 6337; Amount Allowed: 1,724.64; Claim #: 8; | 7100-000 | | $134.10 | $23,156.13 |
| 09/27/2017 | 1014 | Airgas USA, LLC | Account Number: 6337; Amount Allowed: 313.10; Claim #: 9; | 7100-000 | | $24.35 | $23,131.78 |
| 09/27/2017 | 1015 | American Classified | Account Number: Inv 31231; 31309; 31373; 31467;; Amount Allowed: 433.52; Claim #: 10; | 7100-000 | | $33.71 | $23,098.07 |
| 09/27/2017 | 1016 | Metal Sales & Mfg. | Account Number: 6600; Amount Allowed: 241,685.67; Claim #: 11; | 7100-000 | | $18,792.24 | $4,305.83 |

SUBTOTALS    $0.00    $93,010.93

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-70094-TMD | | | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|---|---|
| Case Name: | ABBOTT SUPPLY CO. | | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***9873 | | | Checking Acct #: | ******0094 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 6/7/2016 | | | Blanket bond (per case limit): | $62,600,000.00 |
| For Period Ending: | 2/2/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/27/2017 | 1017 | EnergiPersonnel | Account Number: 0648; Amount Allowed: 18,173.46; Claim #: 12; | 7100-000 | | $1,413.08 | $2,892.75 |
| 09/27/2017 | 1018 | Fastenal Company | Account Number: ODTX; Amount Allowed: 540.13; Claim #: 13; | 7100-000 | | $42.00 | $2,850.75 |
| 09/27/2017 | 1019 | Mueller Metals, LLC | Account Number: 0300106; Amount Allowed: 36,534.20; Claim #: 14; | 7100-000 | | $2,840.71 | $10.04 |
| 09/27/2017 | 1020 | Service Office Supplies Inc. | Account Number: Acct # 67; Amount Allowed: 129.08; Claim #: 15; | 7100-000 | | $10.04 | $0.00 |
| 12/28/2017 | 1020 | STOP PAYMENT: Service Office Supplies Inc. | Stop Payment for Check# 1020 | 7100-004 | | ($10.04) | $10.04 |
| 12/28/2017 | 1021 | Clerk, US Bankruptcy Court | Unclaimed Funds | 7100-001 | | $10.04 | $0.00 |

|  |  |  |
|---|---:|---:|
| **TOTALS:** | $98,223.04 | $98,223.04 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| **Subtotal** | $98,223.04 | $98,223.04 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| **Net** | $98,223.04 | $98,223.04 | |

| For the period of 6/7/2016 to 2/2/2018 | | For the entire history of the account between 08/10/2016 to 2/2/2018 | |
|---|---:|---|---:|
| Total Compensable Receipts: | $544,897.09 | Total Compensable Receipts: | $544,897.09 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $544,897.09 | Total Comp/Non Comp Receipts: | $544,897.09 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $544,897.09 | Total Compensable Disbursements: | $544,897.09 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $544,897.09 | Total Comp/Non Comp Disbursements: | $544,897.09 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-70094-TMD | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|
| Case Name: | ABBOTT SUPPLY CO. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***9873 | Checking Acct #: | ******0094 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/7/2016 | Blanket bond (per case limit): | $62,600,000.00 |
| For Period Ending: | 2/2/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $98,223.04 | $98,223.04 | $0.00 |

**For the period of 6/7/2016 to 2/2/2018**

| | |
|---|---|
| Total Compensable Receipts: | $544,897.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $544,897.09 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $544,897.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $544,897.09 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/07/2016 to 2/2/2018**

| | |
|---|---|
| Total Compensable Receipts: | $544,897.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $544,897.09 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $544,897.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $544,897.09 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD E. INGALLS

RONALD E. INGALLS